Ivey H. Gregory, Appellant, vs. William H. Neal, Appellee.

Appeal from Circuit Court, Liberty county; David S. Walker, Judge.

Edward Owens and W. H. Ellis, for Appellant.

No appearance for Appellee.

This action was brought by the appellant against the appellee. There was judgment for the defendant, and the plaintiff appeals.

Appeal dismissed on praecipe of counsel for appellant.